IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STANLEY T. KRUKOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-17-573-D |
| | ) |
| STATE OF OKLAHOMA *ex rel.* | ) |
| THE BOARD OF REGENTS OF | ) |
| THE UNIVERSITY OF OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Stanley T. Krukowski, by and through his attorneys of record, Stanley M. Ward and Geoffrey A. Tabor, and hereby voluntarily dismisses this cause of action with prejudice.

Respectfully,

s/Geoffrey A. Tabor
Stanley M. Ward, OBA#9351
Woodrow K. Glass, OBA#15690
Barrett T. Bowers, OBA#30493
Geoffrey A. Tabor, OBA #32880
WARD & GLASS, L.L.P.
1601 36th Avenue NW, Suite 2100
Norman, Oklahoma 73072
405-360-9700
405-360-7902 (fax)
geoffrey@wardglasslaw.com
ATTORNEYS FOR PLAINTIFF